# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-294
Lower Tribunal No. 18-15650
_____

**C.B., the mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Rosy Aponte, Judge.

Cooke Law P.A., and Stewart M. Cooke, for appellant.

Karla Perkins, for appellee Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee); GrayRobinson, P.A., and Thomasina F. Moore (Tampa), for appellee Guardian ad Litem.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.